UNITED STATES BANKRUPTCY COURT          Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND
------------------------------------------------------- x
In re:  Ricardo Munoz and Maria Rosa          :
                                              :          BK No. 1:11-bk-10936-DF
                                              :          Chapter 7          :
                                  Debtor(s)     :
------------------------------------------------------- x


## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), Ricardo Munoz and Maria Rosa and Creditor, Bank of
America NA in the above-reference matter and propose a home affordable modification
agreement regarding the debtors' property located at: 2 Queen Street, Providence, RI
02909, as follows:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $223,276.59 | Modified UPB | $147,682.86*<br>*$131,188.78 of the unpaid principal balance was removed from this loan as principal Forgiveness; see Modification for details. |
| Current Maturity Date | 8/1/2037 | Modified Mortgage Term | Remain the same. Maturity Date 8/1/2037 |
| Current Interest Rate | 5.75% | Interest Rate | 5.75% |
| Current Payment Due Date | 3/1/2009 | Post Modification Due Date | 10/01/2012 |
| Current P & I | $1,330.55 | Post Modification P & I | $930.48 |
| Current Payment Amount | $2,085.75*<br>*includes escrow payment of $755.20 | Estimated Modified Payment Amount | $1,194.31*<br>*includes escrow payment of $263.83, subject to change |
| Amount Capitalizing | $55,595.05 | Contribution Required | 0.00 |

Signature of Debtor/Attorney          Signature of Creditor/Attorney


/s/ John B. Ennis                     /s/ Wayne E. George
JOHN B. ENNIS, ESQ.                   WAYNE E. GEORGE, ESQ.
Date: September 26, 2012              Date: September 26, 2012